IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAUL H. MARTIN, III | : |
| Plaintiff | : |
| v. | : Civil Action No. 07-363 GMS |
| UNITED RENTALS, INC., et al. | : |
| Defendants | : |

**ORDER**

It appearing from the court file and docket that a summons has been issued in the above-captioned matter for the defendant United Rentals, Inc. and the 120-day time limit for the completion of service in this case having expired and the defendant United Rentals, Inc. not having been served within that time period,

IT IS HEREBY ORDERED that:

The plaintiff is directed to SHOW GOOD CAUSE, in writing, within thirty (30) days from the date of this Order, as to why the above-captioned case should not be dismissed as to the defendant United Rentals, Inc. without further notice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

_____
CHIEF, UNITED STATES DISTRICT JUDGE

November __5__, 2007



FILED

NOV - 5 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE