IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAUL H. MARTIN, III | : |
| Plaintiff | : |
| v. | : Civil Action No. 07-363 GMS |
| ANDREAS STIHL AG & CO., et al. | : |
| Defendants | : |

**ORDER**

WHEREAS, on June 7, 2007, a complaint was filed in the above-captioned case (D.I. 1);

WHEREAS, on October 2, 2007, the defendants Andreas Stihl AG &Co. and Stihl, Inc. filed a motion to dismiss the complaint pursuant to Fed. R. Civ. P. 12(b)(1) (D.I. 3);

WHEREAS, to date, the court's docket reflects that the plaintiff has not filed an opposition to the motion to dismiss;

IT IS HEREBY ORDERED that:

1. The plaintiff is directed to respond to the defendants' motion to dismiss within ten (10) days from the date of this Order;

2. Should the plaintiff fail to comply with this Order, the court will decide the motion to dismiss on the present record.

_____
CHIEF, UNITED STATES DISTRICT JUDGE

November ___5___, 2007

