UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| **PAUL MARTIN, III**<br>**TRAVELERS INDEMNITY CO. OF**<br>**AMERICA**<br><div align="center">**Plaintiffs**</div><br><div align="center">**v.**</div><br>**ANDREAS STIHL AG & CO., KG**<br>**STIHL, INC**<br>**UNITED RENTALS**<br><div align="center">**Defendants**</div> | **Civil Action no. 07-363** |

<div align="center">

**PLAINTIFFS' RESPONSE TO**
**DEFENDANTS STIHL, INC. and ANDREAS STIHL AG & CO., KG**
<u>**MOTION TO DISMISS PURSUANT TO RULE 12(b)(1)**</u>

</div>

Plaintiffs, by and through their counsel, hereby respond to Defendants' Motion to Dismiss.

Based upon the affidavits provided by defendant Stihl, Inc., plaintiffs concede that the parties in this case are not diverse in that one defendant, Stihl, Inc., is a Delaware corporation with its principal place of business located in Virginia Beach, Virginia. In this situation, the court has the discretion to either dismiss the action for lack of jurisdiction entirely, or to segregate the non-diverse parties and allow the action to be maintained solely against the remaining diverse parties.

Segregation of this case is neither practical nor necessary, since it will result in the plaintiffs having to pursue two separate cases, one in federal court and one in Kent County, Delaware, against separate defendants, arising out of the same cause of action. If the case is dismissed for lack of jurisdiction in its entirety, plaintiffs will be permitted to refile the entire action in state court in Kent County, Delaware, pursuant to 10 Del. C. § 8118, which allows an

action that has been dismissed for lack of jurisdiction to be refiled in state court within one year

of the dismissal.

In order to avoid a multiplicity of actions, plaintiffs do not oppose the dismissal of this

case in its entirety, pursuant to 28 U.S.C. § 1332, which will thereby allow plaintiffs to refile the

entire action in Kent County, Delaware.

Respectfully submitted,

REILLY, JANICZEK & McDEVITT, P.C.


BY:     /s./ R. Stokes Nolte
        R. STOKES NOLTE, ESQUIRE
        DE BAR NO. 2301
        ATTORNEYS FOR PLAINTIFFS
        1010 NORTH BANCROFT PARKWAY
        SUITE 21
        WILMINGTON, DE 19805
        (302) 777-1700