IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAUL H. MARTIN, III and<br>TRAVELERS INDEMNITY CO. OF<br>AMERICA, | :<br>:<br>: |
| Plaintiffs, | :<br>: |
| v. | : C.A. No. 07-363 (GMS)<br>:<br>: TRIAL BY JURY DEMANDED |
| ANDREAS STIHL AG & CO. KG,<br>STIHL INC., and UNITED RENTALS,<br>INC., | :<br>:<br>: |
| Defendants. | :<br>: |

### DEFENDANTS' NOTICE OF WAIVER OF RIGHT TO FILE REPLY BRIEF

Pursuant to Rule 7.1.2, Defendants Andreas Stihl AG & Co. KG and Stihl Incorporated hereby give notice that they waive their right to file a reply brief in relation to Defendants' Motion to Dismiss Pursuant to Rule 12(b)(1), and rely on the content of their Motion since Plaintiffs acknowledge the lack of diversity and subject matter jurisdiction in their response to the Motion.

                **MARON MARVEL BRADLEY**
                  **& ANDERSON, P.A.**

                /s/ Paul A. Bradley
                Paul A. Bradley (DE Bar ID #2156)
                1201 N. Market Street, Suite 900
                P.O. Box 288
                Wilmington, DE 19899
                (302) 425-5177 (phone)
                (302) 428-0180 (fax)
                pab@maronmarvel.com
                Attorney for Defendants
                Andreas Stihl AG & Co. KG and
                Stihl Incorporated

Date: November 20, 2007

{99999.00936 / W0275007}

**CERTIFICATE OF SERVICE**

I, Paul A. Bradley, Esquire, certify that on this 20th day of November, 2007, a copy of Defendant Andreas Stihl AG & Co. KG's Notice of Waiver of Right to File Reply Brief were served via e-file and U.S. First Class Mail to all counsel of record.

                                        **MARON MARVEL BRADLEY & ANDERSON, P.A.**

                                        /s/ Paul A. Bradley
                                        Paul A. Bradley (DE Bar ID #2156)
                                        1201 N. Market Street, Suite 900
                                        P.O. Box 288
                                        Wilmington, DE  19899
                                        (302) 425-5177 (phone)
                                        (302) 425-0180 (fax)
                                        pab@maronmarvel.com
                                        Attorney for Defendant
                                        Andreas Stihl AG & Co. KG

Dated:  November 20, 2007