IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAUL H. MARTIN, III, et al. | : |
| Plaintiffs | : |
| v. | : Civil Action No. 07-363 GMS |
| ANDREAS STIHL AG & Co. KG, et al. | : |
| Defendants | : |

### ORDER

WHEREAS, on June 7, 2007, a complaint was filed in the above-captioned case (D.I. 1);

WHEREAS, on October 2, 2007, the defendants Andreas Stihl AG & Co. KG and Stihl, Inc. filed a motion to dismiss the case for lack of subject matter jurisdiction (D.I. 3);

WHEREAS, on November 16, 2007, the plaintiffs filed a response to the motion to dismiss in which they conceded that the parties in this case are not diverse in that one defendant, Stihl, Inc., is a Delaware corporation with its principal place of business in Virginia Beach, VA. They stated that they do not oppose the dismissal of this case in its entirety pursuant to 28 U.S.C. § 1332 (D.I. 6);

WHEREAS, on November 20, 2007, the defendants filed a notice of waiver of right to file a reply brief (D.I. 7).

IT IS HEREBY ORDERED that:

1. The defendants' motion to dismiss is GRANTED;
2. This case is dismissed in its entirety.

_____
CHIEF, UNITED STATES DISTRICT JUDGE

FILED
NOV 29 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE